■ In the Matter of CHESTER E. DORRIS, Appellant, v MICHAEL J. CODD, as Police Commissioner of the Police Department of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered

on June 27, 1975, unanimously affirmed on the opinion of Hughes, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Lane, JJ.